OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

April 8, 2020

Nicholas M. Centrella
Brent P. Ceryes
Danielle S. Dinsmore
Philip C. Frederico
Matthew D. Klayman
William R. Peterson
Benjamin O. Present
Jonathan Schochor
Brian W. Shaffer
Paul M. Vettori
Cory L. Zajdel

RE: Monique Russell, et al v. Educational Commission for For
Case Number: 20-8024
District Court Case Number: 2-18-cv-05629

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

The Clerk has received a petition for leave to appeal filed by **Educational Commission for Foreign Medical Graduates**, docketed at **No. 20-8024**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Counsel for Petitioner**
As counsel for Petitioner(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form; and,

3. Disclosure Statement (except governmental entities), if not included in petition.
These forms must be filed within **fourteen (14) days of the date of this letter**.

Should the Court grant the petition for leave to appeal, additional forms and the appellate portion of the filing and docketing fee will be required.

Any response in opposition must be filed **within ten (10) days** of the date of this letter. **All responses must be accompanied by an Appearance Form and Disclosure Statement.** The petition and any response(s) will be forwarded to the Court for disposition. The parties will be advised when an order is entered by the Court.

Parties who do not intend to participate in the petition must notify the Court in writing.


Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/ Caitlyn
Case Manager
267-299-4956

Cc:   Ms. Kate Barkman
      Honorable Joshua D. Wolson