# No. 20-8024

In the United States Court of Appeals
For the Third Circuit

MONIQUE RUSSELL, JASMINE RIGGINS, ELSA M. POWELL, and DESIRE EVANS, on behalf of themselves and all others similarly situated,

*Plaintiffs-Respondents*,

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,

*Defendant-Petitioner.*

On Petition for Permission to Appeal from the United States District Court for the Eastern District of Pennsylvania, No. 2:18-cv-05629-JDW (Wolson, J.)

## UNOPPOSED MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF PETITION FOR PERMISSION TO APPEAL

MORGAN, LEWIS & BOCKIUS LLP
Brian W. Shaffer
Matthew D. Klayman
1701 Market St.
Philadelphia, PA 19103
(215) 963-5000

MORGAN, LEWIS & BOCKIUS LLP
William R. Peterson
1000 Louisiana St., Ste. 4000
Houston, TX 77002
(713) 890-5188

*Counsel for Defendant-Petitioner*

Pursuant to Federal Rule of Appellate Procedure 27, Defendant-Petitioner Educational Commission for Foreign Medical Graduates ("ECFMG") respectfully moves for leave to file a reply to Respondents' Response in Opposition to Petition for Permission to Appeal Pursuant to Federal Rule of Civil Procedure 23(f) in order to clarify facts and argument critical to this Court's assessment of the Petition. The proposed reply is attached as Exhibit A.

Plaintiffs-Respondents do not oppose this Motion.

Plaintiffs' Response fails to engage with several arguments raised in the Petition and incorrectly describes the certification order at issue. Plaintiffs also raise several waiver arguments that warrant response by ECFMG. A reply is necessary to address the misstatements in Plaintiffs' Response and to explain why this Court should grant ECFMG's Petition, notwithstanding the arguments set forth in Plaintiffs' Response.

Accordingly, ECFMG respectfully requests that its unopposed Motion be granted and that this Court grant leave to ECFMG to file its proposed reply.

Dated: April 27, 2020

Respectfully submitted,

MORGAN, LEWIS & BOCKIUS LLP

By: *William Peterson*
William R. Peterson
1000 Louisiana St., Ste. 4000
Houston, TX 77002

Brian W. Shaffer
Matthew D. Klayman
1701 Market St.
Philadelphia, PA 19103

*Counsel for Defendant-Petitioner*
*Educational Commission for Foreign Medical Graduates*

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2020, the foregoing Motion for Leave to File Reply in Support of Petition for Permission to Appeal was filed with the Clerk of Court for the U.S. Court of Appeals for the Third Circuit by email to emergency_motions@ca3.uscourts.gov, in accordance with the April 1, 2020 Filing Notice (Amended April 13, 2020) allowing litigants who cannot file through the CM/ECF system to submit time-sensitive documents for filing in PDF format by email. I also certify that copies of the foregoing were served by email upon the following counsel:

Nicholas M. Centrella
Robin Weiss
CONRAD O'BRIEN
1500 Market Street
Centre Square
West Tower, Suite 3900
Philadelphia, PA 19102

Cory L. Zajdel
Z LAW LLC
2345 York Road, Suite #B-13
Timonium, MD 21093

David E. Haynes
Karen E. Evans
THE COCHRAN FIRM
1100 New York Ave NW
Suite 340
Washington, DC 20005

Jonathan Schochor
Philip C. Federico
Brent P. Ceryes
SCHOCHOR FEDERICO & STATON, PA
1211 St. Paul Street
Baltimore, MD 21202

Patrick A. Thronson
JANET JANET & SUGGS LLC
4 Reservoir Circle, Suite 200
Baltimore, MD 21208

Paul M. Vettori
Danielle S. Dinsmore
LAW OFFICES OF PETER ANGELOS
One Charles Center
100 N. Charles Street
Baltimore, MD 21201

*Counsel for Plaintiffs-Respondents*

William R. Peterson

## CERTIFICATE OF COMPLIANCE

This motion complies with the page limitation of Fed. R. App. P. 27(d)(2) because it contains 155 words exclusive of the cover, signature block, Certificate of Compliance and Certificate of Service. This motion complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E) and 32(a)(5)–(6) because it was prepared in a proportionally spaced, 14-point Times New Roman font.

William R. Peterson
*Counsel for Defendant-Petitioner,*
*Educational Commission for Foreign*
*Medical Graduates*

Dated: April 27, 2020