UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-065

No. 20-8024

MONIQUE RUSSELL; JASMINE RIGGINS;
ELSA M. POWELL; DESIRE EVANS

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,
                        Petitioner

(E.D. Pa. No. 2-18-cv-05629)

Present: JORDAN, KRAUSE, and MATEY, Circuit Judges

1. Petition by Educational Commission for Foreign Medical Graduates for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f)

2. Respondents' Response in Opposition

3. Petitioner's Unopposed Motion for Leave to File Reply in Support of Petition, with Reply Attached

                        Respectfully,
                        Clerk/CJG

_____ORDER_____

The foregoing petition for leave to appeal is granted, and the foregoing unopposed motion for leave to file reply is granted.

                        By the Court,

                        s/ Cheryl Ann Krause
                        Circuit Judge

Dated: May 11, 2020
Lmr/cc: All Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk