# Morgan Lewis

**William R. Peterson**
Partner
+1.713.890.5188
william.peterson@morganlewis.com

May 20, 2020

**VIA ECF FILING**

Ms. Patricia S. Dodszuweit
Clerk of Court
United States Court of Appeals for the Third Circuit
21400 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

Re:   *Russell v. Educational Commission for Foreign Medical Graduates, No. 20-8024*

Dear Ms. Dodszuweit,

In accordance with the Court of Appeals May 11, 2020 Order and the accompanying Notice, granting the Educational Commission for Foreign Medical Graduates' Petition for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f), I write to notify the Court that on Friday, May 15, 2020, we, on behalf of Petitioner Educational Commission for Foreign Medical Graduates, delivered a check for $505.00 to the United States District Court for the Eastern District of Pennsylvania.  Pursuant to Chief Judge Sanchez's Standing Order, In Re: Extension of Adjustments to Court Operations due to Exigent Circumstances Created by COVID-19, this payment was delivered to a drop box in the Courthouse's lobby.

On May 20, 2020, we spoke to Steve Gill, a case processing clerk for the District Court, who informed us that the District Court Clerk's Office has significant delays in processing payments to the Court.  The Clerk's Office informed us that due to the District Court's operations changes, it is having significant delays in processing checks and that Petitioner's May 15 check will likely not be processed until after this Court's May 26, 2020 deadline for payment of the docketing and filing fee.  Mr. Gill informed us that the Third Circuit can check on the status of this payment and this delay through the District Court's Fiscal Department (Fiscal@paed.uscourts.gov).

We spoke to case manager Caitlyn J. Gillie who told us that we may file this letter on the docket, memorializing information we had received on the District Court's delays.  Due to this delay in processing Petitioner's payment, and in lieu of proof of payment, we are enclosing a copy of the May 15, 2020 correspondence to the District Court that accompanied Petitioner's payment.

**Morgan, Lewis & Bockius LLP**

1000 Louisiana Street
Suite 4000
Houston, TX  77002          T +1.713.890.5000
United States              F +1.713.890.5001

Ms. Patricia S. Dodszuweit
May 20, 2020
Page 2

Respectfully submitted,

*/s/ William R. Peterson*
William R. Peterson

cc: Counsel of Record (via ECF)

# Enclosure

# Morgan Lewis

**Caitlin Barrett**
Associate
+1.215.963.5930
caitlin.barrett@morganlewis.com

May 15, 2020

**VIA HAND DELIVERY**

Clerk's Office
U.S. District Court for the Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106
Lobby Dropbox

Re:   Filing and Docketing Fees – E.D. Pa. No. 2-18-cv-05629/ Third Circuit No. 20-8024

To Whom It May Concern:

In accordance with the Court of Appeals May 11, 2020 Third Circuit Order, granting the Educational Commission for Foreign Medical Graduates' Petition for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f), enclosed is a check for $505.00 reflecting the docketing and filing fees for the appeal of Russell et al v. Educational Commission for Foreign Medical Graduates (E.D. Pa. No. 2-18-cv-05629).

Consistent with this Court's Standing Order In Re: Extension of Adjustments to Court Operations due to the Exigent Circumstances Created by COVID-19, this check has been placed in the drop box in the lobby of the Courthouse.

Should you have any questions, please feel free to contact me at (215) 963-5930.

Sincerely,


/s/ Caitlin Barrett


Caitlin Barrett


Enclosures

cc:   Matthew D. Klayman (w/out enclosures)
      Brian W. Shaffer (w/out enclosures)

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-065

No. <u>20-8024</u>

MONIQUE RUSSELL; JASMINE RIGGINS;
ELSA M. POWELL; DESIRE EVANS

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,
　　　　　　　　Petitioner

(E.D. Pa. No. 2-18-cv-05629)

Present:  JORDAN, KRAUSE, and MATEY, <u>Circuit Judges</u>

1. Petition by Educational Commission for Foreign Medical Graduates for Leave to Appeal Pursuant to Fed. R. Civ. P. 23(f)

2. Respondents' Response in Opposition

3. Petitioner's Unopposed Motion for Leave to File Reply in Support of Petition, with Reply Attached

　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　Clerk/CJG

_____ORDER_____

　　The foregoing petition for leave to appeal is granted, and the foregoing unopposed motion for leave to file reply is granted.

　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　s/ <u>Cheryl Ann Krause</u>
　　　　　　　　　　　　　　　　Circuit Judge

Dated: May 11, 2020
Lmr/cc: All Counsel of Record

A True Copy:

*Patricia A. Dodszuweit*

Patricia S. Dodszuweit, Clerk

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## NOTICE

## GRANT OF PERMISSION FOR LEAVE TO APPEAL

The Court of Appeals has granted a petition for leave to appeal in this matter.

The $505.00 docketing and filing fee must be paid in the district court within 14 days after the entry of the order granting permission for leave to appeal, unless the petitioner is the United States government. Fed. R. App. P. 5. In addition, a cost bond must be filed if one is required under Fed. R. App. P. 7.

A notice of appeal does not need to be filed as a copy of the Court's order granting permission for leave to appeal which has been forwarded to the district court will serve as the notice of appeal.

The entry date of the order granting permission to appeal serves as the date of the filing of the notice of appeal for calculating time under the Federal Rules of Appellate Procedure. **Petitioner should notify the Court of Appeals in writing that the filing fee has been paid.**

Upon receipt of the notice from petitioner, the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

Very truly yours,
Patricia S. Dodszuweit, Clerk


By: s/Laurie
Case Manager
267-299-4936

cc: Nicholas M. CentrellaEsq.
Brent P. CeryesEsq.
Danielle S. DinsmoreEsq.
Philip C. FedericoEsq.
Matthew D. KlaymanEsq.
William R. PetersonEsq.
Benjamin O. PresentEsq.
Jonathan SchochorEsq.
Brian W. ShafferEsq.
Patrick A. ThronsonEsq.
Paul M. VettoriEsq.
Cory L. ZajdelEsq.