UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-8024

MONIQUE RUSSELL; JASMINE RIGGINS;
ELSA M. POWELL; DESIRE EVANS

v.

EDUCATIONAL COMMISSION FOR
FOREIGN MEDICAL GRADUATES,
                            Petitioner

(E.D. Pa. No. 2-18-cv-05629)

ORDER

      The Clerk has reviewed Petitioner's letter dated May 20, 2020, stating that the filing fee was paid in the District Court on May 15, 2020 but has not yet been processed by the District Court as a result of reduced staffing due to the pandemic. As it appears that the payment has been made but not yet been entered on the District Court docket, the Clerk provisionally deems the filing fee in this matter paid. The appeal in this matter will be opened and the case will proceed in the Court of Appeal.

      Petitioner is directed to inform the Clerk in writing when the District Court entered the payment on the docket.

For the Court,


s/ Patricia S. Dodszuweit
Clerk

Date: June 3, 2020
Lmr/cc: All Counsel of Record